# Exhibit 2

| US10891785B2 | Planner 5D iOS App ("The Accused Instrumentality") |
| --- | --- |
| 1. A method for rendering reality for an object, comprising: using a mobile device with an accelerometer and a camera, | The accused instrumentality is an application platform that discloses a method for rendering reality (i.e., preview/visualization of Augmented Reality (AR)) for an object (i.e., furniture or any other item from catalogue) using a mobile device (i.e., iPhone/iPad) with an accelerometer (i.e., accelerometer) and a camera (i.e., iPhone/iPad camera).<br><br>As shown below, the Planner 5D iOS app operates on an iPhone/iPad. Its AR Try On tool (iOS) uses the "Scan a room on your iPhone" feature to scan a real room. It enables users to place and customize catalogue items (i.e., object) and render them in real-time AR (i.e., rendering reality) in their real space. The iPhone (i.e., mobile device) includes an on-board accelerometer (i.e., accelerometer) and camera (i.e., camera). Apple's documentation further confirms that the accelerometer is used during video recording to compensate for gravity and vibration effects in conjunction with the camera. |

| | |
|---|---|
| |  <br>https://planner5d.com/mobile/ios |

# AR Try on tool (iOS)

July 21, 2023

Dive into a new dimension of home design with Planner 5D's Augmented Reality (AR) feature. This powerful tool, grounded in AR technologies, lets you create 3D interior design projects and immerse them in a customizable virtual space. The result? You can walk through your future home and visualize its design in real-time!

There are two primary ways to leverage the AR tool within our app:

1. **Design First, View Later**: Create your project first and preview it within your real space.
2. **Scan, Place, Customize**: Scan your room, place any item from our catalogue, and customize the object within your space.

https://support.planner5d.com/en/articles/7244303-ar-try-on-tool-ios




https://planner5d.com/mobile/ios

Planner 5D features practical and intuitive tools, including:

- **Creating 2D floor plans** : draw the walls, define the dimensions, and arrange the rooms as you prefer.
- **3D visualization** : switch between 2D and 3D to get a realistic idea of the space and adjust decoration details.
- **Furniture and object library** : choose from thousands of items, including sofas , tables, beds, chairs, appliances, etc.
- **Textures and materials** : personalize floors , walls, and furniture with a variety of colors and finishes.
- **Synchronization between devices** : start a project on your phone and continue it on your computer or iPad without losing anything, thanks to cloud integration.

| | |
|---|---|
| | https://planner5d.com/blog/pt/planner-5d-mobile/<br><br>https://apps.apple.com/us/app/planner-5d-ai-home-design/id606173978 |

## Home Scan availability

- Home Scanner works on supported on **iOS** and **Android** platforms.
- Any user can purchase Home Scanner recognitions.
- Premium subscribers receive one Basic Scan recognition, while PRO subscribers receive one Full Scan recognition.

---

## Home Scanner recognition types

Both scans start with the same input, a **video of your room**, but the output and level of detail are different.

We offer **two types of Home Scans** to turn your real space into a digital plan:
**Basic Scan** and **PRO (Full) Scan**

https://support.planner5d.com/en/articles/16109431-about-home-scan

| | |
|---|---|
| | **Magnetic accessories might interfere with iPhone cameras**<br><br>Internal magnets in some iPhone accessories create magnetic fields that might affect the rear-facing cameras on your iPhone. Learn how to avoid this interference.<br><br>The cameras in your iPhone take great photos even in difficult conditions. If you accidentally move a camera when you take a picture, the resulting image can be blurry. To prevent this, some iPhone models have optical image stabilization (OIS).[1] OIS lets you take sharp photos even if you accidentally move the camera. Additionally, some iPhone models have closed-loop autofocus (AF).[2] Closed-loop AF resists the effects of gravity and vibration to preserve sharp focus in stills, videos, and panoramas.<br><br>With OIS, a gyroscope senses that the camera moved. To reduce image motion, and the resulting blur, the lens moves according to the angle of the gyroscope. With closed-loop AF, on-board accelerometers measure and compensate for gravity and vibration effects. Magnetic sensors determine the lens position so that the compensating motion can be set accurately.<br><br>https://support.apple.com/en-us/102434 |




https://planner5d.com/use/ai-interior-design

| | |
|---|---|
| | **How is AI technology applied in interior design?**<br><br>Artificial Intelligence can analyze design patterns, user preferences and data to generate design recommendations, simulate lighting conditions, and assist in space planning. AI also enables virtual reality (VR), augmented reality (AR), real-time rendering, and image generation, enhancing visualization and client engagement.<br><br>**How to use AI for interior design?**<br><br>Start by choosing a free AI tool that suits your needs, like Planner 5D. These tools allow you to upload photos of your space or create a floor plan. The AI will analyze the inspiration image, room layout, lighting conditions, and your personal preferences to suggest optimal furniture placement, color palettes, and decor styles. You can also experiment with generating AI images to spark ideas and virtually stage empty spaces. Planner 5D also offers 3D visualizations and virtual staging.<br><br>https://planner5d.com/use/ai-interior-design |
| performing motion tracking and learning in an environment of the object with accelerometer and camera data in the mobile device; | The accused instrumentality performs motion tracking and learning (i.e., advanced algorithms and machine learning) in an environment (i.e., scanned room i.e., recognized room dimensions, shape decor and architectural features) of the object (i.e., furniture or any other item from catalogue) with accelerometer (i.e., accelerometer) and camera data (i.e., video captured from the camera) in the mobile device (i.e., iPhone/iPad). |

| | |
|---|---|
| | As shown below, the Planner 5D iOS app supports the “Scan Room” feature, in which the system tracks motion while capturing video. Combined with advanced algorithms and machine learning, it converts the scanned environment into a 3D floor plan. The user moves the device along the floor and ceiling while the camera captures the room. The system learns the room geometry, including dimensions, shape, décor, and architectural features (i.e., motion tracking and learning in an environment of the object), and converts the scan into an editable 3D project using camera data and the accelerometer of the iOS device.<br><br>**Interior Design Blog** → Introducing Scan Room, the latest feature from Planner 5D<br>INSPIRATION<br>**Introducing Scan Room, the latest feature from Planner 5D**<br>Discover the Planner 5D's new tool, Scan Room, with makes redecorating any room a breeze.<br>https://planner5d.com/blog/scan-room-the-latest-feature-from-planner-5d/ |

| | |
|---|---|
| | All Collections > Create & Edit Projects > iOS app > Special Features > Scan Your Room (iOS)<br><br>**Scan Your Room (iOS)**<br><br>February 18, 2026<br><br>For the fortunate users of iPhones and iPads equipped with LIDAR technology, Planner 5D is delighted to introduce a new feature that lets you scan your real-life room and instantly create a plan of it within your Planner 5D account.<br>Supported devices include iPhone 12 Pro, 13 Pro, 14 Pro, and iPad Pro models from 2020 onwards.<br>https://support.planner5d.com/en/articles/5897614-scan-your-room-ios |

| | |
|---|---|
| | Here's a step-by-step guide on how to turn your actual living space into a Planner 5D project in no time:<br><br>1. **Launch Planner 5D**: Open the Planner 5D app on your iOS device equipped with LIDAR technology.<br>2. **Create a New Project**: From the 'Home' screen, tap on the green 'New Project' button located in the upper left corner.<br>3. **Select 'Scan Room' Option**: From the available options, choose 'Scan Room'. This will initiate the room scanning mode.<br>4. **Scan Your Room**: Begin scanning your room by pointing your device at one of the bottom corners, then gradually move it along the floor and ceiling. It might be beneficial to step back a bit to ensure the entire wall is within your camera's view.<br>5. **Save Your Project**: Once the scan is complete, you have two options for saving your project: 'Layout' or 'Layout + Furniture'. Pick the one that suits your needs best.<br>6. *If you select the 'Layout + Furniture' option, please allow 3-10 minutes for us to generate a furnished version of your room. Keep the app open until this process is completed.*<br><br>https://support.planner5d.com/en/articles/5897614-scan-your-room-ios |

| | |
|---|---|
| | Meet the latest feature from Planner 5D that will take your interior design skills to a new level. Powered by Apple's RoomPlan, Scan Room lets you scan any room in your house and convert it into a 3D floor pan. It captures the room's dimensions, decor and architectural features creating an accurate scan of your room.<br>https://planner5d.com/blog/scan-room-the-latest-feature-from-planner-5d/<br><br>This powerful technology developed by Planner 5D (based on Apple's RoomPlan Swift API) uses the LiDAR scanner in the cameras of iPhones and iPads that run on iOS 16 to recognize the room's dimensions and furniture, making room visualization easy and fast. You can now use Scan Room to create 3D floor plans and match and apply items and styles from our catalog.<br><br>https://planner5d.com/blog/scan-room-the-latest-feature-from-planner-5d/ |

<table>
<tr>
<td></td>
<td>

<br>
https://planner5d.com/use/ai-interior-design</td>
</tr>
</table>

| | |
|---|---|
| | **How is AI technology applied in interior design?**<br><br>Artificial Intelligence can analyze design patterns, user preferences and data to generate design recommendations, simulate lighting conditions, and assist in space planning. AI also enables virtual reality (VR), augmented reality (AR), real-time rendering, and image generation, enhancing visualization and client engagement.<br><br>**How to use AI for interior design?**<br><br>Start by choosing a free AI tool that suits your needs, like Planner 5D. These tools allow you to upload photos of your space or create a floor plan. The AI will analyze the inspiration image, room layout, lighting conditions, and your personal preferences to suggest optimal furniture placement, color palettes, and decor styles. You can also experiment with generating AI images to spark ideas and virtually stage empty spaces. Planner 5D also offers 3D visualizations and virtual staging.<br><br>https://planner5d.com/use/ai-interior-design |




https://planner5d.com/use/ai-interior-design

## How to use Scan Room on your iPhone

Open the Planner 5D app on your mobile, click on the 'scan room' option, and the software will identify the measurements and shapes of the room as you scan it. It will recognize walls, windows and doors as well as furniture and decor, then automatically create a 3D floor plan.

https://planner5d.com/blog/scan-room-the-latest-feature-from-planner-5d/

## Home Scan availability

- Home Scanner works on supported on **iOS** and **Android** platforms.
- Any user can purchase Home Scanner recognitions.
- Premium subscribers receive one Basic Scan recognition, while PRO subscribers receive one Full Scan recognition.

---

## Home Scanner recognition types

Both scans start with the same input, a **video of your room**, but the output and level of detail are different.

We offer **two types of Home Scans** to turn your real space into a digital plan:
**Basic Scan** and **PRO (Full) Scan**

https://support.planner5d.com/en/articles/16109431-about-home-scan

| | |
|---|---|
| | **Magnetic accessories might interfere with iPhone cameras**<br><br>Internal magnets in some iPhone accessories create magnetic fields that might affect the rear-facing cameras on your iPhone. Learn how to avoid this interference.<br><br>The cameras in your iPhone take great photos even in difficult conditions. If you accidentally move a camera when you take a picture, the resulting image can be blurry. To prevent this, some iPhone models have optical image stabilization (OIS).[1] OIS lets you take sharp photos even if you accidentally move the camera. Additionally, some iPhone models have closed-loop autofocus (AF).[2] Closed-loop AF resists the effects of gravity and vibration to preserve sharp focus in stills, videos, and panoramas.<br><br>With OIS, a gyroscope senses that the camera moved. To reduce image motion, and the resulting blur, the lens moves according to the angle of the gyroscope. With closed-loop AF, on-board accelerometers measure and compensate for gravity and vibration effects. Magnetic sensors determine the lens position so that the compensating motion can be set accurately.<br><br>https://support.apple.com/en-us/102434 |
| selecting a pattern or color from a plurality of instrumentality variations or service variations; | The accused instrumentality performs selecting (i.e., choosing) a pattern or color (i.e., color) from a plurality of instrumentality variations (i.e., color selection for a furniture or any other item from catalogue) or service variations.<br><br>As shown below, the Planner 5D iOS app performs choosing a color (i.e., selecting a color) from a plurality of color selections for a furniture or any other item from catalogue (i.e., instrumentality variations). The user selects a furniture item such as a couch or chair and customizes it by choosing from multiple color options. |

All Collections > Create & Edit Projects > iOS app > Special Features > Scan Your Room (iOS)

# Scan Your Room (iOS)

February 18, 2026

For the fortunate users of iPhones and iPads equipped with LIDAR technology, Planner 5D is delighted to introduce a new feature that lets you scan your real-life room and instantly create a plan of it within your Planner 5D account.
Supported devices include iPhone 12 Pro, 13 Pro, 14 Pro, and iPad Pro models from 2020 onwards.

https://support.planner5d.com/en/articles/5897614-scan-your-room-ios

## Step 2: Browse the catalog

Planner5D has an extensive catalog of furniture to choose from. Look for a couch that matches the style and size of the one you're thinking about buying. You don't need an exact match - just something close enough to give you a good sense of how your choice will work in your living room.

https://planner5d.com/blog/visualize-furniture-in-room/

If you're yet to create a project, but curious to see how specific furniture pieces would look in your space, follow these instructions:

1. Navigate to the 'Tools' section of the app and tap 'AR try on'.
2. Select the surface of the room where you'd like to place an item and tap the "+" icon to activate the catalogue of items.
3. Choose the item you want to place in your room.




https://support.planner5d.com/en/articles/7244303-ar-try-on-tool-ios

| | |
|---|---|
| | 4. There you have it! Inspect whether the selected item fits your interior design. If required, tap on the object to customize it, and save the result to your gallery, or even share it with friends directly from the app!<br><br><br>color from a plurality of product variations<br>https://support.planner5d.com/en/articles/7244303-ar-try-on-tool-ios |

Once the floor plan is generated, you can easily redecorate the room and try different styles using the Smart Wizard. Try out different looks, furniture arrangements and color combinations till you find the perfect one. You can also do virtual walkthroughs of your projects as you design.

https://planner5d.com/blog/scan-room-the-latest-feature-from-planner-5d/

**How is AI technology applied in interior design?**

Artificial Intelligence can analyze design patterns, user preferences and data to generate design recommendations, simulate lighting conditions, and assist in space planning. AI also enables virtual reality (VR), augmented reality (AR), real-time rendering, and image generation, enhancing visualization and client engagement.

**How to use AI for interior design?**

Start by choosing a free AI tool that suits your needs, like Planner 5D. These tools allow you to upload photos of your space or create a floor plan. The AI will analyze the inspiration image, room layout, lighting conditions, and your personal preferences to suggest optimal furniture placement, color palettes, and decor styles. You can also experiment with generating AI images to spark ideas and virtually stage empty spaces. Planner 5D also offers 3D visualizations and virtual staging.

https://planner5d.com/use/ai-interior-design

<table>
<tr>
<td></td>
<td>

<br>https://planner5d.com/use/ai-interior-design</td>
</tr>
<tr>
<td>blending the pattern or color of the object and the environment; and displaying the color on the object as reality view.</td>
<td>The accused instrumentality performs blending (i.e., placing) the pattern or color (i.e., color) of the object (i.e., furniture or any other item from catalogue) and the environment (i.e., scanned room i.e., recognized room dimensions, shape decor and architectural features) and displaying (i.e., visualization on device interface) the color (i.e., color) on the object (i.e., furniture or any other item from catalogue) as reality view (i.e., AR visualization of the colored item in the scanned room).</td>
</tr>
</table>

As depicted below, the Planner 5D iOS app blends a selected color of furniture/decor or any item such as a chair from the catalogue into the real scanned room, by tapping the object to change its color (e.g., from dark gray to yellow). The customized color is placed with the live camera view of the actual environment and displayed on the item in real-time AR (i.e., displaying the color on the object as reality view.), allowing the user to inspect how the item looks in their space before saving or sharing.

# AR Try on tool (iOS)

July 21, 2023

Dive into a new dimension of home design with Planner 5D's Augmented Reality (AR) feature. This powerful tool, grounded in AR technologies, lets you create 3D interior design projects and immerse them in a customizable virtual space. The result? You can walk through your future home and visualize its design in real-time!

There are two primary ways to leverage the AR tool within our app:

1. **Design First, View Later**: Create your project first and preview it within your real space.
2. **Scan, Place, Customize**: Scan your room, place any item from our catalogue, and customize the object within your space.

https://support.planner5d.com/en/articles/7244303-ar-try-on-tool-ios

| | |
|---|---|
| | <br><br>[https://planner5d.com/mobile/ios](https://planner5d.com/mobile/ios) |

If you're yet to create a project, but curious to see how specific furniture pieces would look in your space, follow these instructions:

1. Navigate to the 'Tools' section of the app and tap 'AR try on'.
2. Select the surface of the room where you'd like to place an item and tap the "+" icon to activate the catalogue of items.
3. Choose the item you want to place in your room.




https://support.planner5d.com/en/articles/7244303-ar-try-on-tool-ios

4. There you have it! Inspect whether the selected item fits your interior design. If required, tap on the object to customize it, and save the result to your gallery, or even share it with friends directly from the app!




https://support.planner5d.com/en/articles/7244303-ar-try-on-tool-ios

| | |
|---|---|
| | Once the floor plan is generated, you can easily redecorate the room and try different styles using the Smart Wizard. Try out different looks, furniture arrangements and color combinations till you find the perfect one. You can also do virtual walkthroughs of your projects as you design.<br>https://planner5d.com/blog/scan-room-the-latest-feature-from-planner-5d/<br>**How is AI technology applied in interior design?**<br>Artificial Intelligence can analyze design patterns, user preferences and data to generate design recommendations, simulate lighting conditions, and assist in space planning. AI also enables virtual reality (VR), augmented reality (AR), real-time rendering, and image generation, enhancing visualization and client engagement.<br>**How to use AI for interior design?**<br>Start by choosing a free AI tool that suits your needs, like Planner 5D. These tools allow you to upload photos of your space or create a floor plan. The AI will analyze the inspiration image, room layout, lighting conditions, and your personal preferences to suggest optimal furniture placement, color palettes, and decor styles. You can also experiment with generating AI images to spark ideas and virtually stage empty spaces. Planner 5D also offers 3D visualizations and virtual staging.<br>https://planner5d.com/use/ai-interior-design |




https://planner5d.com/use/ai-interior-design